AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Dawn Angelique Richard ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-06848 |
| Sean Combs, et al. ) | |
| *Defendant* ) | |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Dawn Angelique Richard                                                                                  .

Date:  09/13/2024

*Lisa Bloom*
*Attorney's signature*

Lisa Bloom (Bar Code LB1993)
*Printed name and bar number*

26565 Agoura Road, Suite 200
Calabasas, CA 91302
*Address*

lisa@thebloomfirm.com
*E-mail address*

(818) 914-7397
*Telephone number*

(818) 884-8079
*FAX number*