AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Dawn Angelique Richard <br> *Plaintiff(s)* <br> v. <br> Sean Combs, et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 1:24-cv-06848 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SEAN COMBS - c/o Jonathan Davis, Esq.
Jonathan D. Davis, P.C. - 1 Rockefeller Plaza, Suite 1712, New York, NY 10020

(SEE ATTACHED RIDER for additional Defendants' names and addresses)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lisa Bloom, Esq. and Arick Fudali, Esq. - The Bloom Firm - 26565 Agoura Road, Suite 200, Calabasas, CA 91302 - lisa@thebloomfirm.com; arick@thebloomfirm.com

Lisa Cervantes, Esq. - IP Legal Studio - 984 Surfbird Way, Oceanside, CA 92057
iplegalstudio@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/17/2024   /S/ V. BRAHIMI
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-06848

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## **RIDER TO SUMMONS**

<u>Additional Defendants to Civil Action No. 1:24-cv-06848</u>

HARVE PIERRE, c/o Scott E. Leemon, Esq. – Law Offices of Scott E. Leemon, P.C. – 41 Madison Avenue, 31st Floor, New York, NY 10016

REMOTE PRODUCTIONS INC, c/o Corporation Service Company, 80 State Street, Albany, NY 12207

NEW REMOTE PRODUCTIONS INC, c/o CSC Lawyers Incorporating Service, 2710 Gateway Oaks Drive, Sacramento, CA 95833

THE NORDLINGER GROUP LLC, c/o The LLC, 250 West 57th, Suite 2003, New York 10107

NOVEMBER 15 LLC, c/o Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808

DADDY'S HOUSE RECORDING STUDIO, c/o Jonathan Davis, Esq.
Jonathan D. Davis, P.C. - 1 Rockefeller Plaza, Suite 1712, New York, NY 10020

BAD BOY ENTERTAINMENT LLC, c/o Jonathan Davis, Esq.
Jonathan D. Davis, P.C. - 1 Rockefeller Plaza, Suite 1712, New York, NY 10020

BAD BOY RECORDS LLC, c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801

BAD BOY ENTERTAINMENT HOLDINGS INC, c/o Corporation Service Company, 80 State Street, Albany, NY 12207

BAD BOY PRODUCTIONS HOLDINGS INC, c/o Corporation Service Company, 80 State Street, Albany, NY 12207

BAD BOY BOOKS HOLDINGS INC, c/o Corporation Service Company, 80 State Street, Albany, NY 12207

THE SEAN COMB MUSIC INC, c/o Jonathan Davis, Esq.
Jonathan D. Davis, P.C. - 1 Rockefeller Plaza, Suite 1712, New York, NY 10020

SEAN COMBS CAPITAL LLC, c/o Corporation Service Company, 80 State Street, Albany, NY 12207

COMBS ENTERPRISES, LLC, c/o Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808

UNIVERSAL MUSIC GROUP NV, INTERSCOPE GEFFEN A&M RECORDS, c/o CT Corporation System, 330 N Brand Blvd., Glendale, CA 91203

DIAGEO AMERICAS SUPPLY INC D/B/A CIROC DISTILLING COMPANY D/B/A CIROC CANNING CO, c/o Corporation Creations Network Inc., 15 North Mill Street, Nyack, NY 10960

COMBS WINES AND SPIRITS LLC, c/o John C. Hueston, Moez M. Kaba and Mariah N. Rivera – Hueston Hennigan LLP – 620 Newport Center Drive, #1300, Newport Beach, CA 92660

JANICE COMBS PUBLISHING INC, c/o Corporation Service Company, 80 State Street, Albany, NY 12207

JANICE COMBS PUBLISHING HOLDINGS INC, c/o Corporation Service Company, 80 State Street, Albany, NY 12207

SONY SONGS, a division of SONY MUSIC PUBLISHING LLC, c/o CSC Lawyers Incorporating Service, 2710 Gateway Oaks Drive, Sacramento, CA 95833

LOVE RECORDS INC, c/o ERESIDENTAGENT, INC., 1013 Centre Road, Suite 4035, Wilmington, DE 19805

EPIC RECORDS, c/o Corporation Service Company, 80 State Street, Albany, NY 12207