UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAWN ANGELIQUE RICHARD,

        *Plaintiff*,

    -against-

SEAN COMBS, HARVE PIERRE, REMOTE PRODUCTIONS INC, NEW REMOTE PRODUCTIONS INC, THE NORDLINGER GROUP LLC, NOVEMBER 15 LLC, DADDY'S HOUSE RECORDING STUDIO, BAD BOY ENTERTAINMENT LLC, BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT HOLDINGS INC, BAD BOY PRODUCTIONS HOLDINGS INC, BAD BOY BOOKS HOLDINGS INC, THE SEAN COMB MUSIC INC, SEAN COMBS CAPITAL LLC, COMBS ENTERPRISES, LLC, UNIVERSAL MUSIC GROUP NV, INTERSCOPE GEFFEN A&M RECORDS, DIAGEO AMERICAS SUPPLY INC D/B/A CIROC DISTILLING COMPANY D/B/A CIROC CANNING CO, COMBS WINES AND SPIRITS LLC, JANICE COMBS PUBLISHING INC, JANICE COMBS PUBLISHING HOLDINGS INC, SONY SONGS, A DIVISION OF SONY MUSIC PUBLISHING LLC, LOVE RECORDS INC, EPIC RECORDS, DOE CORPORATIONS 1-10, AND DOE DEFENDANTS 11-20,

        *Defendants*.

Case No.: 1:24-cv-06848

**NOTICE OF APPEARANCE**

TO:    The Clerk of the Court and all parties of record:

    **PLEASE TAKE NOTICE** that the undersigned is admitted to practice in this Court and hereby enters his appearance in this Action as counsel for Defendant Sony Songs, a division of Sony Music Publishing (US) LLC (incorrectly named as Sony Songs, a division of Sony Music

Publishing LLC.). The undersigned requests that copies of all notices and other papers in this Action be served upon the undersigned as indicated below.

Dated: October 5, 2024
      New York, NY

**PRYOR CASHMAN LLP**

By: /s/ Nicholas Saady
Nicholas Saady
7 Times Square
New York, NY 10036
Tel: (212) 421 4100
nsaady@pryorcashman.com