UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Dawn Angelique Richard,

           Plaintiff,

  -against-                              Case 1-24 -CV- 06848 - KPF

                                                    NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO

Sean Combs et al.,                     F.R.C.P. 41(a)(1)(A)(i)

                      Defendants.

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), the Plaintiff and her counsel, hereby give notice that all claims asserted in the Complaint against the Defendant SONY SONGS, a division of SONY MUSIC PUBLISHING (US), LLC (incorrectly identified in the Complaint as "Sony Music Publishing, LLC"), hereinafter "SMP," are hereby voluntarily dismissed with prejudice against the Defendant SMP and SMP is dismissed from this action, subject to Defendant SMP's waiver of all attorney fees and costs incurred by SMP in the above-captioned action up through and including the date of this dismissal. Additionally, the caption in this action shall be amended to exclude and delete all reference to SONY SONGS and SONY MUSIC PUBLISHING LLC as Defendant(s). See amended caption below.

Dated:  October 18, 2024        Respectfully Submitted,

                                                       _____
                                                       Signature of Plaintiff's counsel Yasmine Meyer
                                                       Firm Name:  THE BLOOM FIRM PC
                                                       Address:  85 Delancy Street, New York NY 10002
                                                       Telephone/Fax:  516-551-3006
                                                       Email:  yasmine@thebloomfirm.com

                                                       _____
                                                       Signature of Plaintiff's counsel Lisa A. Cervantes
                                                     Firm Name:  IP LEGAL STUDIO, LLC
                                                     Address:  984 Surfbird Way, Oceanside CA 92057
                                                     Telephone: 323-333-2553, Email:  iplegalstudio@gmail.com

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAWN ANGELIQUE RICHARD,<br><br>    Plaintiff,<br><br>    v.<br><br>SEAN COMBS, HARVE PIERRE, REMOTE PRODUCTIONS INC, NEW REMOTE PRODUCTIONS INC, THE NORDLINGER GROUP LLC, NOVEMBER 15 LLC, DADDY'S HOUSE RECORDING STUDIO, BAD BOY ENTERTAINMENT LLC, BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT HOLDINGS INC, BAD BOY PRODUCTIONS HOLDINGS INC, BAD BOY BOOKS HOLDINGS INC, THE SEAN COMB MUSIC INC, SEAN COMBS CAPITAL LLC, COMBS ENTERPRISES, LLC, UNIVERSAL MUSIC GROUP NV,  INTERSCOPE GEFFEN A&M RECORDS, DIAGEO AMERICAS SUPPLY INC D/B/A CIROC DISTILLING COMPANY D/B/A CIROC CANNING CO, COMBS WINES AND SPIRITS LLC, JANICE COMBS PUBLISHING INC, JANICE COMBS PUBLISHING HOLDINGS INC, DOE CORPORATIONS  1-10, AND DOE DEFENDANTS 11-20,<br><br>    Defendants. | CIVIL CASE NO. 1:24-cv-06848 |