Civil Action No. **1:24-cv-06848**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*    **DADDY'S HOUSE RECORDING STUDIO, c/o Corporation Service Company**

**was received by me on  October 16, 2024**

☐ I personally served the Summons; Complaint; Civil Cover Sheet on the individual at  80 State Street, Albany, NY 12207 on   8:50 AM

☐ I left the above listed documents at the individual's residence or usual place of abode with    , a person of suitable age and discretion who resides there, on *(date)* and mailed a copy to the individual's last known address; or

☑ I served the above listed documents to  **"Jane Doe" (Refused to provide full name)** , who is designated by law to accept service of process on behalf of  **DADDY'S HOUSE RECORDING STUDIO, c/o Corporation Service Company** on   **October 21, 2024  8:50 AM**
FRCP rule 4(h)(1)(A) and CCP 416.10(b)

☐ I returned the above listed documents unexecuted because;

☐ other *(specify):*

**My fees are $ .00 for travel and $ 79.03 for services, for a total of $ 79.03**

**I declare under penalty of perjury that this information is true.**

**Date: 10/21/2024**

_____
*Server's signature*

**Alvin D. Gonzalez**
_____
*Printed name and title*

,
,
_____
*Server's Address*

A0440-PS341094