UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Dawn Angelique Richard,

        Plaintiff,

  -against-                             Case 1-24 -CV- 06848 - KPF

Sean Combs et al.,                 NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

        Defendants.

**MEMO ENDORSED**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), the Plaintiff and her counsel, hereby give notice that all claims asserted in this action against the Defendant EPIC RECORDS, a record label that is an unincorporated division of Sony Music Entertainment, a Delaware General Partnership ("hereinafter referred to as "SME") are voluntarily dismissed with prejudice against Defendant SME and SME is dismissed from this action, subject to Defendant EPIC RECORDS' waiver of all attorney fees and costs incurred by SME in the above-captioned action up through and including the date of this dismissal. Additionally, the caption in this action shall be amended to exclude and delete all reference to EPIC RECORDS as Defendant(s). See amended caption below.

Dated: October 18, 2024        Respectfully Submitted,

_____
Signature of Plaintiff's counsel Yasmine Meyer
Firm Name: THE BLOOM FIRM PC
Address: 85 Delancy Street, New York NY 10002
Telephone/Fax: 516-551-3006
Email: yasmine@thebloomfirm.com

_____
Signature of Plaintiff's counsel Lisa A. Cervantes
Firm Name: IP LEGAL STUDIO, LLC
Address: 984 Surfbird Way, Oceanside CA 92057
Telephone: 323-333-2553, Email: iplegalstudio@gmail.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAWN ANGELIQUE RICHARD,<br><br>      Plaintiff,<br><br>  v.<br><br>SEAN COMBS, HARVE PIERRE, REMOTE PRODUCTIONS INC, NEW REMOTE PRODUCTIONS INC, THE NORDLINGER GROUP LLC, NOVEMBER 15 LLC, DADDY'S HOUSE RECORDING STUDIO, BAD BOY ENTERTAINMENT LLC, BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT HOLDINGS INC, BAD BOY PRODUCTIONS HOLDINGS INC, BAD BOY BOOKS HOLDINGS INC, THE SEAN COMB MUSIC INC, SEAN COMBS CAPITAL LLC, COMBS ENTERPRISES, LLC, UNIVERSAL MUSIC GROUP NV, INTERSCOPE GEFFEN A&M RECORDS, DIAGEO AMERICAS SUPPLY INC D/B/A CIROC DISTILLING COMPANY D/B/A CIROC CANNING CO, COMBS WINES AND SPIRITS LLC, JANICE COMBS PUBLISHING INC, JANICE COMBS PUBLISHING HOLDINGS INC, DOE CORPORATIONS 1-10, AND DOE DEFENDANTS 11-20,<br><br>      Defendants. | CIVIL CASE NO. 1:24-cv-06848 |

In accordance with the Notice of Voluntary Dismissal (Dkt. #71), the Clerk of Court is directed to terminate defendant Epic Records from the docket.

Dated:    October 22, 2024    SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE