UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Dawn Angelique Richard,

           Plaintiff,

  -against-                          Case 1-24 -CV- 06848 - KPF

Sean Combs et al.,              NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

           Defendants.      **MEMO ENDORSED**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), the Plaintiff and her counsel, hereby give notice that all claims asserted in the Complaint against the Defendant SONY SONGS, a division of SONY MUSIC PUBLISHING (US), LLC (incorrectly identified in the Complaint as "Sony Music Publishing, LLC"), hereinafter "SMP," are hereby voluntarily dismissed with prejudice against the Defendant SMP and SMP is dismissed from this action, subject to Defendant SMP's waiver of all attorney fees and costs incurred by SMP in the above-captioned action up through and including the date of this dismissal. Additionally, the caption in this action shall be amended to exclude and delete all reference to SONY SONGS and SONY MUSIC PUBLISHING LLC as Defendant(s). See amended caption below.

Dated: October 18, 2024        Respectfully Submitted,

                                        _____
                                        Signature of Plaintiff's counsel Yasmine Meyer
                                        Firm Name: THE BLOOM FIRM PC
                                        Address: 85 Delancy Street, New York NY 10002
                                        Telephone/Fax: 516-551-3006
                                        Email: yasmine@thebloomfirm.com

                                        _____
                                        Signature of Plaintiff's counsel Lisa A. Cervantes
                                        Firm Name: IP LEGAL STUDIO, LLC
                                        Address: 984 Surfbird Way, Oceanside CA 92057
                                        Telephone: 323-333-2553, Email: iplegalstudio@gmail.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAWN ANGELIQUE RICHARD,<br><br>    Plaintiff,<br><br>    v.<br><br>SEAN COMBS, HARVE PIERRE, REMOTE PRODUCTIONS INC, NEW REMOTE PRODUCTIONS INC, THE NORDLINGER GROUP LLC, NOVEMBER 15 LLC, DADDY'S HOUSE RECORDING STUDIO, BAD BOY ENTERTAINMENT LLC, BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT HOLDINGS INC, BAD BOY PRODUCTIONS HOLDINGS INC, BAD BOY BOOKS HOLDINGS INC, THE SEAN COMB MUSIC INC, SEAN COMBS CAPITAL LLC, COMBS ENTERPRISES, LLC, UNIVERSAL MUSIC GROUP NV, INTERSCOPE GEFFEN A&M RECORDS, DIAGEO AMERICAS SUPPLY INC D/B/A CIROC DISTILLING COMPANY D/B/A CIROC CANNING CO, COMBS WINES AND SPIRITS LLC, JANICE COMBS PUBLISHING INC, JANICE COMBS PUBLISHING HOLDINGS INC, DOE CORPORATIONS 1-10, AND DOE DEFENDANTS 11-20,<br><br>    Defendants. | CIVIL CASE NO. 1:24-cv-06848 |

In accordance with the Notice of Voluntary Dismissal (Dkt. #70), the Clerk of Court is directed to terminate defendant Sony Songs, a division of Sony Music Publishing, LLC, from the docket.

```
Dated:     October 22, 2024          SO ORDERED.
           New York, New York
```

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE