UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAWN ANGELIQUE RICHARD,

                Plaintiff,

  -against-

SEAN COMBS, HARVE PIERRE, REMOTE PRODUCTIONS INC, NEW REMOTE PRODUCTIONS INC, THE NORDLINGER GROUP LLC, NOVEMBER 15 LLC, DADDY'S HOUSE RECORDING STUDIO, BAD BOY ENTERTAINMENT LLC, BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT HOLDINGS INC, BAD BOY PRODUCTIONS HOLDINGS INC, BAD BOY BOOKS HOLDINGS INC, THE SEAN COMB MUSIC INC, SEAN COMBS CAPITAL LLC, COMBS ENTERPRISES, LLC, UNIVERSAL MUSIC GROUP NV, INTERSCOPE GEFFEN A&M RECORDS, DIAGEO AMERICAS SUPPLY INC D/B/A CIROC DISTILLING COMPANY D/B/A CIROC CANNING CO, COMBS WINES AND SPIRITS LLC, JANICE COMBS PUBLISHING INC, JANICE COMBS PUBLISHING HOLDINGS INC,

                Defendants.

Case No. 24-cv-06848

**NOTICE OF APPEARANCE**

---

**PLEASE TAKE NOTICE** that the undersigned, Michael Tremonte of the firm Sher Tremonte LLP, hereby appears as counsel for Defendants Sean Combs, Daddy's House Recording, Inc. (incorrectly sued as Daddy's House Recording Studio), Bad Boy Entertainment LLC, 1169 Corp. f/k/a Sean Combs Music, Inc. (incorrectly sued as The Sean Comb Music Inc.), and CE OpCO, LLC f/k/a (and incorrectly sued herein as) Combs Enterprise LLC in connection with the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that the undersigned counsel previously appeared (on October 9, 2024) on behalf of "Combs Enterprise LLC" (ECF No. 60) and hereby

amends ECF No. 60 to clarify that the Defendant identified in the caption as "Combs Enterprise LLC" now operates under the name CE OpCO, LLC.

Dated: New York, New York
November 13, 2024

.

**SHER TREMONTE LLP**

By: /s/ *Michael Tremonte*
Michael Tremonte
90 Broad Street, 23rd Floor
New York, New York 10004
Tel: 212.202.2600
Email: mtremonte@shertremonte.com

*Attorney for Defendants Sean Combs, CE OpCO, LLC f/k/a Combs Enterprise LLC, Love Records, Inc., Bad Boy Entertainment Holdings, Inc., Bad Boy Records LLC, Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Sean Combs Capital LLC, Combs Wines and Spirits LLC, Janice Combs Publishing LLC Janice Combs Publishing Holdings, Inc., Bad Boy Entertainment LLC, Daddy's House Recording, Inc., and 1169 Corp. f/k/a Sean Combs Music Inc.*

.