UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAWN ANGELIQUE RICHARD,<br><br>       Plaintiff,<br><br>     -v.-<br><br>SEAN COMBS, HARVE PIERRE, REMOTE PRODUCTIONS INC., NEW REMOTE PRODUCTIONS INC., THE NORDLINGER GROUP, LLC, NOVEMBER 15, LLC, DADDY'S HOUSE RECORDING STUDIO, BAD BOY ENTERTAINMENT LLC, BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT HOLDINGS INC., BAD BOY PRODUCTIONS HOLDINGS INC., BAD BOY BOOKS HOLDINGS INC., THE SEAN COMBS MUSIC INC., SEAN COMBS CAPITAL LLC, COMBS ENTERPRISES, LLC, UNIVERSAL MUSIC GROUP NV, INTERSCOPE GEFFEN A&M RECORDS, DIAGEO AMERICAS SUPPLY INC. D/B/A CIROC DISTILLING COMPANY D/B/A CIROC CANNING CO., COMBS WINES AND SPIRITS LLC, JANICE COMBS PUBLISHING INC., JANICE COMBS PUBLISHING HOLDINGS INC., LOVE RECORDS INC., DOE CORPORATIONS 1-10, AND DOE DEFENDANTS 11-20,<br><br>       Defendants. | 24 Civ. 6848 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  On October 21, 2024, Defendant UMGR filed a pre-motion letter regarding its anticipated motion to dismiss. (Dkt. #73). On October 24, 2024, the Court scheduled a pre-motion conference for November 21, 2024, to discuss the issues raised in this letter. (Dkt. #81). Subsequently, on October 30, 2024, Defendants Remote Productions Inc. and New Remote Productions

Inc. filed a pre-motion letter regarding their anticipated motion to dismiss. (Dkt. #82). Accordingly, on November 1, 2024, the Court scheduled a pre-motion conference for December 5, 2024, to discuss the issues raised in this letter. (Dkt. #84). On November 8, 2024, Defendant Harve Pierre filed a pre-motion letter regarding his anticipated motion to dismiss. (Dkt. #85).

On November 13, 2024, Plaintiff filed her response to Defendant UMGR's pre-motion letter (Dkt. #92), and Plaintiff's responses to the Remote Productions Inc. and New Remote Productions Inc. Letter and Pierre letter are respectively due on or before November 21, 2024 (Dkt. #84) and December 4, 2024 (Dkt. #87).

Furthermore, on November 13, 2024, Defendant Sean Combs and other Defendants represented by the firm Sher Tremonte LLP requested an adjournment of the deadline to answer or otherwise respond to the Complaint in this action to January 22, 2025 (Dkt. #89), which request the Court granted on November 14, 2024 (Dkt. #93).

Seeing as there have already been three pre-motion letters regarding anticipated motions to dismiss, and another one likely to be filed in January 2025, all of which will likely lead Plaintiff to amend her Complaint, the Court hereby ADJOURNS *sine die* the conferences currently scheduled for November 21, 2024, and December 5, 2024. Although the Court appreciates the parties' efforts in advance of these conferences, it is the Court's strong preference to defer pre-motion conferences until after all Defendants have responded to the Complaint. The Court notes that this adjournment does not affect any other deadlines in this action.

2

SO ORDERED.

Dated:  November 20, 2024
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

3