UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dawn Angelique Richard,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Sean Combs et al.,<br><br>　　　　Defendants. | Case 1:24-cv-06848 - KPF<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

　　Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) the Plaintiff and her counsel hereby give notice that all claims asserted in the Complaint against Defendant Diageo Americas Supply, Inc. d/b/a Cîroc Distilling Company d/b/a Cîroc Canning Co. (incorrectly identified in the Complaint as "Diageo Americas Supply Inc"), hereinafter "Diageo", is hereby voluntarily dismissed without prejudice. Additionally, the caption in this action shall be amended to exclude and delete all references to Diageo as a defendant. See amended caption below.

Dated: December 5, 2024　　　　　Respectfully Submitted,

_____
Signature of Plaintiff's counsel Lisa Bloom
Firm Name: THE BLOOM FIRM PC
Address: 26565 Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: 818-914-7397
Email: lisa@thebloomfirm.com


_____
Signature of Plaintiff's counsel Lisa A. Cervantes
Firm Name: IP LEGAL STUDIO, LLC
Address: 984 Surfbird Way, Oceanside, CA 92057
Telephone: 323-333-2553
Email: iplegalstudio@gmail.com

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAWN ANGELIQUE RICHARD,<br><br>    Plaintiff,<br><br>    v.<br><br>SEAN COMBS, HARVE PIERRE, REMOTE PRODUCTIONS INC, NEW REMOTE PRODUCTIONS INC, THE NORDLINGER GROUP LLC, NOVEMBER 15 LLC, DADDY'S HOUSE RECORDING STUDIO, BAD BOY ENTERTAINMENT LLC, BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT HOLDINGS INC, BAD BOY PRODUCTIONS HOLDINGS INC, BAD BOY BOOKS HOLDINGS INC, THE SEAN COMB MUSIC INC, SEAN COMBS CAPITAL LLC, COMBS ENTERPRISES, LLC, UNIVERSAL MUSIC GROUP NV,  INTERSCOPE GEFFEN A&M RECORDS, COMBS WINES AND SPIRITS LLC, JANICE COMBS PUBLISHING INC, JANICE COMBS PUBLISHING HOLDINGS INC, **,** DOE CORPORATIONS  1-10, AND DOE DEFENDANTS 11-20,<br><br>    Defendants. | <u>Case 1:24-cv-06848 - KPF</u> |