Docusign Envelope ID: 4052E737-7282-4937-A463-9027CCA02B31

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAWN ANGELIQUE RICHARD,

                Plaintiff,

v.

SEAN COMBS, HARVE PIERRE, REMOTE PRODUCTIONS INC, NEW REMOTE PRODUCTIONS INC, THE NORDLINGER GROUP LLC, NOVEMBER 15 LLC, DADDY'S HOUSE RECORDING STUDIO, BAD BOY ENTERTAINMENT LLC, BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT HOLDINGS INC, BAD BOY PRODUCTIONS HOLDINGS INC, BAD BOY BOOKS HOLDINGS INC, THE SEAN COMB MUSIC INC, SEAN COMBS CAPITAL LLC, COMBS ENTERPRISES, LLC, UNIVERSAL MUSIC GROUP NV, INTERSCOPE GEFFEN A&M RECORDS, COMBS WINES AND SPIRITS LLC, JANICE COMBS PUBLISHING INC, JANICE COMBS PUBLISHING HOLDINGS INC, DOE CORPORATIONS 1-10, AND DOE DEFENDANTS 11-20,

                Defendants.

Case No.: 1:24-cv-06848 (KPF)

**STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL**

---

      WHEREAS, Defendant Bad Boy Records LLC ("BBRLLC") has been named as a defendant in the above-captioned Action; and

      WHEREAS, attorneys from the law firm of Sher Tremonte LLP ("Sher Tremonte"), specifically Erica A. Wolff and Michael Tremonte, have appeared on behalf of BBRLLC in this Action; and

      WHEREAS, BBRLLC now wishes to substitute the law firm of Pryor Cashman LLP ("Pryor Cashman"), specifically Donald S. Zakarin, William L. Charron and Nicholas G. Saady, as its new counsel of record in place and instead of Sher Tremonte; and

Docusign Envelope ID: 4052E737-7282-4937-A463-9027CCA02B31

WHEREAS, Sher Tremonte has agreed to such substitution;

NOW, THEREFORE, it is hereby stipulated and agreed by and between the undersigned counsel and BBRLLC that, pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, Pryor Cashman shall be and is hereby substituted in lieu of Sher Tremonte as counsel of record for BBRLLC.

IT IS FURTHER AGREED that this Stipulation may be executed in counterparts.

Dated: January 8, 2025

Donald S. Zakarin
William L. Charron
Nicholas G. Saady

PRYOR CASHMAN LLP
7 Times Square, 41st Floor
New York, New York 10036
Tel: (212) 421-4100
dzakarin@pryorcashman.com
wcharron@pryorcashman.com
nsaady@pryorcashman.com

Erica A. Wolff
Michael Tremonte

SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004
Tel: (212) 202-2600
ewolff@shertremonte.com
mtremonte@shertremonte.com

Bad Boy Records, LLC

By: Erica Bellarosa
Name: Erica Bellarosa,
Title: Head of Business Affairs and General Counsel for Atlantic Recording Corporation, and Authorized Officer of BBRLLC

Dated:  January 10, 2025
        New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE