UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAWN ANGELIQUE RICHARD,

                Plaintiff,

        -v.-

SEAN COMBS, HARVE PIERRE, REMOTE PRODUCTIONS INC., NEW REMOTE PRODUCTIONS INC., THE NORDLINGER GROUP, LLC, NOVEMBER 15, LLC, DADDY'S HOUSE RECORDING STUDIO, BAD BOY ENTERTAINMENT LLC, BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT HOLDINGS INC., BAD BOY PRODUCTIONS HOLDINGS INC., BAD BOY BOOKS HOLDINGS INC., THE SEAN COMBS MUSIC INC., SEAN COMBS CAPITAL LLC, COMBS ENTERPRISES, LLC, UNIVERSAL MUSIC GROUP NV, INTERSCOPE GEFFEN A&M RECORDS, COMBS WINES AND SPIRITS LLC, JANICE COMBS PUBLISHING INC., JANICE COMBS PUBLISHING HOLDINGS INC., LOVE RECORDS INC., DOE CORPORATIONS 1-10, AND DOE DEFENDANTS 11-20,

                Defendants.

24 Civ. 6848 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

      The Court has reviewed Plaintiff's extension requests regarding the deadlines to respond to the Combs Defendants' pre-motion letter (Dkt. #123) and Defendant Bad Boy Records LLC's pre-motion letter (Dkt. #124). It is the Court's preference to proceed as follows:

      Plaintiff shall amend her complaint on or before **March 10, 2025**. All Defendants in this action shall file a joint letter regarding their intent to answer the amended complaint, or proposing a briefing schedule for a consolidated

motion to dismiss, within three weeks of the filing of Plaintiff's amended complaint, or on or before **March 31, 2025**, whichever is sooner.

Accordingly, the Clerk of Court is directed to terminate the pending motions at docket entries 85, 121, 122, 123, and 124.

SO ORDERED.

Dated: January 27, 2025
       New York, New York

KATHERINE POLK FAILLA
United States District Judge