UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Dawn Angelique Richard,

           Plaintiff,

-against-                              Case 1-24 -CV- 06848 - KPF

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Sean Combs et al.,

           Defendants.

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), the Plaintiff and her counsel, hereby give notice that all claims asserted in the Complaint against the Defendants REMOTE PRODUCTIONS INC and NEW REMOTE PRODUCTIONS INC (hereafter referred to as "REMOTE Defendants") are hereby voluntarily dismissed without prejudice against REMOTE Defendants. REMOTE Defendants are dismissed from this action, subject to REMOTE Defendants' waiver of all attorney fees and costs incurred by REMOTE Defendants in the above-captioned action up through and including the date of this dismissal. Additionally, the caption in this action shall be amended to exclude and delete all reference to REMOTE PRODUCTIONS INC and NEW REMOTE PRODUCTIONS INC as Defendant(s). See amended caption below.

Dated:  February 7, 2025         Respectfully Submitted,

                                       /*Yasmine Meyer*/

Signature of Plaintiff's counsel Yasmine Meyer
Firm Name:  THE BLOOM FIRM PC
Address:  85 Delancy Street, New York NY 10002
Tel/Fax:  516-551-3006 Email:  yasmine@thebloomfirm.com

Signature of Plaintiff's counsel Lisa A. Cervantes
Firm Name:  IP LEGAL STUDIO, LLC
Address:  984 Surfbird Way, Oceanside CA 92057
Tel: 323-333-2553, Email:  iplegalstudio@gmail.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAWN ANGELIQUE RICHARD,<br><br>    Plaintiff,<br><br>    v.<br><br>SEAN COMBS, HARVE PIERRE, THE NORDLINGER GROUP LLC, NOVEMBER 15 LLC, DADDY'S HOUSE RECORDING STUDIO, BAD BOY ENTERTAINMENT LLC, BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT HOLDINGS INC, BAD BOY PRODUCTIONS HOLDINGS INC, BAD BOY BOOKS HOLDINGS INC, THE SEAN COMB MUSIC INC, SEAN COMBS CAPITAL LLC, COMBS ENTERPRISES, LLC, UNIVERSAL MUSIC GROUP NV, INTERSCOPE GEFFEN A&M RECORDS, COMBS WINES AND SPIRITS LLC, JANICE COMBS PUBLISHING INC, JANICE COMBS PUBLISHING HOLDINGS INC, DOE CORPORATIONS 1-10, AND DOE DEFENDANTS 11-20,<br><br>    Defendants. | CIVIL CASE NO. 1:24-cv-06848 |

```
In accordance with the Notice of Voluntary Dismissal (Dkt. #126),
the Clerk of Court is directed to terminate defendants Remote
Productions Inc. and New Remote Productions Inc. from the docket.

Dated:     February 10, 2025            SO ORDERED.
           New York, New York
```

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE