# EXHIBIT A

## to First Amended Complaint in 1-24-cv-06848-KPF

## Copyright Certificate of Registration of *Deliver Me*

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**PA 2-441-387**

**Effective Date of Registration:**
November 06, 2023
**Registration Decision Date:**
November 22, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | DELIVER ME |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2009 |
| **Date of 1st Publication:** | September 14, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

- **Author:** Dawn Angelique Richard
  **Author Created:** music, lyrics, musical arrangement
  **Work made for hire:** No
  **Citizen of:** United States

- **Author:** Kalenna Harper
  **Author Created:** music, lyrics
  **Work made for hire:** No
  **Citizen of:** United States

- **Author:** Trevor Tahiem Smith, Jr.
  **Pseudonym:** Busta Rhymes
  **Author Created:** music, lyrics
  **Work made for hire:** No
  **Citizen of:** United States

- **Author:** Sean Combs
  **Pseudonym:** Diddy
  **Author Created:** music, lyrics, musical arrangement
  **Work made for hire:** No
  **Citizen of:** United States

- **Author:** James Dewitt Yancy
  **Pseudonym:** J Dilla

|  |  |
|---|---|
| **Author Created:** | music |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Dawn Angelique Richard<br>1439 N. Highland Ave, Ste 1052, Los Angeles, CA, 90028, United States |
| **Copyright Claimant:** | Kalenna Harper<br>c/o Love Records Inc, 9255 Sunset Blvd, 2nd Floor, West Hollywood, CA, 90069, United States |
| **Copyright Claimant:** | Trevor Tahiem Smith, Jr.<br>c/o Love Records, Inc., 9255 Sunset Blvd, 2nd Floor, West Hollywood, CA, 90069, United States |
| **Copyright Claimant:** | Sean Combs<br>Love Records, Inc., 9255 Sunset, 2nd Floor, West Hollywood, CA, 90069, United States |
| **Copyright Claimant:** | James Dewitt Yancy<br>c/o Love Records, Inc., 9255 Sunset Blvd., 2nd Floor, West Hollywood, CA, 90069, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Love Records Inc |
| **Address:** | c/o Tristar Group<br>9255 Sunset Blvd, 2nd Floor<br>West Hollywood, CA 90069 United States |

## Certification

| | |
|---|---|
| **Name:** | Lisa A. Cervantes Esq LLM |
| **Date:** | November 06, 2023 |