# EXHIBIT A

## to First Amended Complaint in
## 1-24-cv-06848-KPF

## Copyright Certificate of Registration
## of *Deliver Me*

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**

**PA 2-441-387**

**Effective Date of Registration:**
November 06, 2023
**Registration Decision Date:**
November 22, 2023

---

## Title

**Title of Work:** DELIVER ME

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** September 14, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Dawn Angelique Richard
  **Author Created:** music, lyrics, musical arrangement
  **Work made for hire:** No
  **Citizen of:** United States

- **Author:** Kalenna Harper
  **Author Created:** music, lyrics
  **Work made for hire:** No
  **Citizen of:** United States

- **Author:** Trevor Tahiem Smith, Jr.
  **Pseudonym:** Busta Rhymes
  **Author Created:** music, lyrics
  **Work made for hire:** No
  **Citizen of:** United States

- **Author:** Sean Combs
  **Pseudonym:** Diddy
  **Author Created:** music, lyrics, musical arrangement
  **Work made for hire:** No
  **Citizen of:** United States

- **Author:** James Dewitt Yancy
  **Pseudonym:** J Dilla

|  |  |
|---|---|
| **Author Created:** | music |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

## Copyright Claimant

**Copyright Claimant:** Dawn Angelique Richard
1439 N. Highland Ave, Ste 1052, Los Angeles, CA, 90028, United States

**Copyright Claimant:** Kalenna Harper
c/o Love Records Inc, 9255 Sunset Blvd, 2nd Floor, West Hollywood, CA, 90069, United States

**Copyright Claimant:** Trevor Tahiem Smith, Jr.
c/o Love Records, Inc., 9255 Sunset Blvd, 2nd Floor, West Hollywood, CA, 90069, United States

**Copyright Claimant:** Sean Combs
Love Records, Inc., 9255 Sunset, 2nd Floor, West Hollywood, CA, 90069, United States

**Copyright Claimant:** James Dewitt Yancy
c/o Love Records, Inc., 9255 Sunset Blvd., 2nd Floor, West Hollywood, CA, 90069, United States

## Rights and Permissions

**Organization Name:** Love Records Inc
**Address:** c/o Tristar Group
9255 Sunset Blvd, 2nd Floor
West Hollywood, CA 90069 United States

## Certification

**Name:** Lisa A. Cervantes Esq LLM
**Date:** November 06, 2023