UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAWN ANGELIQUE RICHARD,

                        Plaintiff,

-against-

SEAN COMBS, HARVE PIERRE, DADDY'S HOUSE RECORDING STUDIO, BAD BOY ENTERTAINMENT LLC, BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT HOLDINGS INC, BAD BOY PRODUCTIONS HOLDINGS INC, BAD BOY BOOKS HOLDINGS INC, 1169 CORP f/k/a SEAN COMBS MUSIC INC, SEAN COMBS CAPITAL LLC, CE OpCo, LLC f/k/a COMBS ENTERPRISES, LLC, UMG RECORDINGS, INC., JANICE COMBS PUBLISHING LLC, JANICE COMBS PUBLISHING HOLDINGS INC, LOVE RECORDS INC, TRI STAR SPORTS AND ENTERTAINMENT GROUP INC, DOE CORPORATIONS 1-10, AND DOE DEFENDANTS 11-20, Defendants.

Case No. 24-cv-06848

**STIPULATION REGARDING SERVICE OF PLAINTIFF'S AMENDED COMPLAINT**

      **WHEREAS** Plaintiff initiated this action with the filing of the Complaint on September 10, 2024 (ECF No. 2);

      **WHEREAS** Plaintiff filed a First Amended Complaint on March 12, 2025, for the first time asserting two claims against Tri Star Sports and Entertainment Group Inc. (ECF No. 130);

      **WHEREAS** the Court's briefing schedule remains in effect, with Defendants' consolidated motion to dismiss due by May 16, 2025; Plaintiff's opposition due by July 17, 2025; and Defendants' reply brief due by August 7, 2025. (ECF No. 132).

      **IT IS HEREBY STIPULATED AND AGREED,** by the undersigned counsel for Plaintiff, on the one hand, and Defendant Tri Star Sports and Entertainment Group Inc. on the

1

other hand, as follows:

1) The undersigned counsel agrees to accept service of the summons and First Amended Complaint on behalf of Defendant Tri Star Sports and Entertainment Group Inc.

2) Defendant Tri Star Sports and Entertainment Group Inc. fully preserves, and does not waive, any and all rights and defenses it possesses, including jurisdictional defenses, except for the defense of improper service of process.

3) This stipulation can be signed in counterparts, and facsimile / PDF / electronic signatures shall be deemed originals for the purpose of this stipulation.

Dated: April 24, 2025
New York, New York

| THE BLOOM FIRM | HUESTON HENNIGAN LLP |
|---|---|
| By: /s/Yasmine Meyer | By: /s/ Michael H. Todisco |
| Lisa Bloom, Esq.<br>Arick Fudali, Esq.<br>Yasmine Meyer, Esq.<br>Alan Goldstein, Esq.<br>Devin Meepos, Esq.<br><br>26565 Agoura Road, Suite 200<br>Calabasas, California 91302<br>(818) 914-7397<br>lisa@thebloomfirm.com<br>arick@thebloomfirm.com<br>yasmine@thebloomfirm.com<br>alan@thebloomfirm.com<br>devin@thebloomfirm.com<br><br>*Attorneys for Plaintiff Dawn Angelique Richard* | John C. Hueston<br>1 Little W 12th Street, New York, NY 10014<br>(213) 788 4340<br>jhueston@hueston.com<br><br>Michael H. Todisco*<br>Cassidy M. O'Sullivan*<br>523 West 6th Street, Suite 400<br>Los Angeles, CA 90014<br>mtodisco@hueston.com<br>cosullivan@hueston.com<br><br>*Attorneys for Tri Star Sports and Entertainment Group Inc.*<br><br>*Applications for admission *pro hac vice* forthcoming |