**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DAWN ANGELIQUE RICHARD,

                          Plaintiff,

              v.

SEAN COMBS, HARVE PIERRE, DADDY'S HOUSE
RECORDING STUDIO, BAD BOY ENTERTAINMENT
LLC, BAD BOY RECORDS LLC, BAD BOY
ENTERTAINMENT HOLDINGS INC, BAD BOY
PRODUCTIONS HOLDINGS INC, BAD BOY BOOKS
HOLDINGS INC, 1169 CORP f/k/a SEAN COMBS
MUSIC INC, SEAN COMBS CAPITAL LLC, CE OpCo,
LLC f/k/a COMBS ENTERPRISES, LLC, UMG
RECORDINGS, INC., JANICE COMBS PUBLISHING
LLC, JANICE COMBS PUBLISHING HOLDINGS INC,
LOVE RECORDS INC, TRI STAR SPORTS AND
ENTERTAINMENT GROUP INC, DOE
CORPORATIONS 1-10, AND DOE DEFENDANTS 11-
20,

                          Defendants.

Case No. 24-cv-06848 (KPF)

<u>**NOTICE OF MOTION**</u>

**Oral Argument Requested**

    <u>**PLEASE TAKE NOTICE**</u> that upon the accompanying memorandum of law, dated May

16, 2025, and upon all proceedings had herein, Defendants Sean Combs, Harve Pierre, Daddy's

House Recordings, Inc. (incorrectly sued as Daddy's House Recording Studio), Bad Boy

Entertainment LLC, Bad Boy Entertainment Holdings Inc., Bad Boy Productions Holdings Inc.,

Bad Boy Books Holdings Inc., 1169 Corp f/k/a Sean Combs Music Inc., Sean Combs Capital

LLC, CE OpCo, LLC f/k/a Combs Enterprises, LLC, Janice Combs Publishing LLC, Janice

Combs Publishing Holdings Inc., Love Records Inc., Bad Boy Records LLC and UMG

Recordings, Inc. (collectively, the "Defendants") will move this Court, in accordance with Fed.

R. Civ. P. 12(b)(6), before the Hon. Katherine Polk Failla, in Courtroom 618 of the Thurgood

Marshall U.S. Courthouse, 40 Foley Square, New York, New York 10007, for an order

dismissing all claims in the Amended Complaint against the Defendants with prejudice.

Dated:  New York, New York
        May 16, 2025

SHER TREMONTE LLP

_____/s/ Erica A. Wolff_____

Erica A. Wolff
Michael Tremonte
Michael Bass
90 Broad Street, 23rd Floor
New York, NY 10004
(212) 202-2600
mtremonte@shertremonte.com
ewolff@shertremonte.com
mbass@shertremonte.com

*Attorneys for Defendants Sean Combs,
Daddy's House Recording, Inc., Bad Boy
Entertainment LLC, Bad Boy Entertainment
Holdings, Inc., Bad Boy Productions
Holdings, Inc., Bad Boy Books Holdings, Inc.,
Sean Combs Capital LLC, Janice Combs
Publishing Holdings, Inc., Love Records, Inc.,
1169 Corp. f/k/a Sean Combs Music, Inc., CE
OpCO, LLC f/k/a Combs Enterprise LLC, and
Janice Combs Publishing LLC*

MCDERMOTT WILL & EMERY LLP

_____/s/ Lisa A. Linksy_____

Edward B. Diskant
Lisa A. Linsky
One Vanderbilt Avenue
New York, NY 10017
(212) 547-5754
ediskant@mwe.com
llinsky@mwe.com

Elizabeth A. Rodd
200 Clarendon Street, Floor 58
Boston, MA 02116
(617) 535-4000
erodd@mwe.com

LAW OFFICES OF SCOTT E. LEEMON PC

_____/s/ Scott E. Leemon_____

Scott E. Leemon
41 Madison Street, 31st Floor
New York, NY 10010
(212) 696-9111
scott@leemonlaw.com

Jonathan Savella, Esq.
40 Exchange Place, Ste. 1800
New York, NY 10005
(646) 801-2184
jon@jonathansavella.com

*Attorneys for Defendant Harve Pierre*

PRYOR CASHMAN LLP

_____/s/ Donald S. Zakarin_____

Donald S. Zakarin
Nicholas George Saady
William Laurence Charron
7 Times Square
New York, NY 10036
(212) 326-0806
DZakarin@pryorcashman.com
nsaady@pryorcashman.com
wcharron@pryorcashman.com
*Attorneys for Defendant Bad Boy Records
LLC*

*Attorneys for Defendant UMG Recordings, Inc.*