**THE BLOOM FIRM**
*Attorneys at Law*

July 1, 2025

**BY ECF**
The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: *Richard v. Combs et al.*, 1:24-cv-06848**

Dear Judge Failla:

     We represent Plaintiff Dawn Richard in the above-referenced case. We write respectfully to request an extension of time to oppose the Motion to Dismiss filed by Defendants Sean Combs, Harve Pierre, Daddy's House Recording, Inc., Bad Boy Entertainment LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Sean Combs Capital LLC, Janice Combs Publishing Holdings, Inc., Love Records, Inc., 1169 Corp. f/k/a Sean combs Music, Inc., CE OpCO, LLC f/k/a combs Enterprise LLC,UMG Recordings, Inc. and Janice Combs Publishing LLC ., (collectively "Defendants").

     Plaintiff requests that the current deadline to oppose the motion be extended from July 17, 2025 to **August 15, 2025**, and that the deadline for Defendants' reply be extended from August 7, 2025 to **September 10, 2025**.

     This is the first request for an extension of time regarding the Motion to Dismiss in this matter. The request does not affect any scheduled dates. Plaintiff has conferred with Defendants' counsel and Defendants consent to the extension.

Respectfully submitted,

/s/ Yasmine Meyer
Lisa Bloom
Arick Fudali
Yasmine Meyer
Alan Goldstein
Devin Meepos

Enclosure/Attachment

cc: All Counsel of Record via ECF