UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dawn Angelique Richard,<br><br>      Plaintiff,<br><br>v.<br><br>Sean Combs et al.,<br><br>      Defendants. | Case 1:24-cv-06848 - KPF<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

    Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), the Plaintiff and her counsel hereby give notice that all claims asserted in the First Amended Complaint against Defendants Daddy's House Recording Studio; Bad Boy Entertainment LLC; Bad Boy Records LLC; Bad Boy Entertainment Holdings Inc.; Bad Boy Productions Holdings Inc.; Bad Boy Books Holdings Inc.; 1169 Corp. f/k/a Sean Combs Music, Inc.; Sean Combs Capital LLC; CE OpCo, LLC f/k/a Combs Enterprises LLC; and UMG Recordings, Inc. are hereby voluntarily dismissed without prejudice.

    The caption in this action shall be amended to exclude these defendants. See amended caption below.

Dated: August 12, 2025                Respectfully Submitted,

_____
Signature of Plaintiff's co-counsel Lisa Bloom
Firm Name: THE BLOOM FIRM PC
Address: 26565 Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: 818-914-7397
Email: lisa@thebloomfirm.com

_____
Signature of Plaintiff's co-counsel Lisa A. Cervantes
Firm Name: IP LEGAL STUDIO, LLC
Address: 984 Surfbird Way, Oceanside, CA 92057
Telephone: 323-333-2553
Email: iplegalstudio@gmail.com

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAWN ANGELIQUE RICHARD,<br><br>    Plaintiff,<br><br>  v.<br><br>SEAN COMBS; HARVE PIERRE; JANICE COMBS PUBLISHING LLC; JANICE COMBS PUBLISHING HOLDINGS INC; LOVE RECORDS INC; DOE CORPORATIONS 1-10, AND DOE DEFENDANTS 11-20,<br><br>    Defendants. | <u>Case 1:24-cv-06848 - KPF</u> |