**SHER TREMONTE LLP**

August 15, 2025

**BY ECF**
The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    **Re:**  *Richard v. Combs et al.*, 24-cv-06848 (KPF)

Dear Judge Failla:

  We write on behalf of Defendants Sean Combs, Janice Combs Publishing LLC, Janice Combs Publishing Holdings Inc., and Love Records, Inc. (together, the "Combs Defendants")[1] pursuant to Rule 2(C) of Your Honors Individual Rules in response to Plaintiff Dawn Richard's letter-motion requesting leave to file a Second Amended Complaint ("SAC"). ECF No. 162.

  While we view the new allegations in Plaintiff's proposed SAC as futile (and intend to address the insufficiency of the pleading in a forthcoming motion to dismiss, should leave be granted), the Combs Defendants do not oppose Plaintiff's request to file the SAC which, among other things, drops (as it must) Plaintiff's claim for human trafficking under New York State law. If the Court grants Plaintiff's request for leave to amend, the Combs Defendants respectfully request that the Court enter a schedule providing that the Combs Defendants have forty-five (45) days from the filing of Plaintiff's SAC to file a motion to dismiss. On August 15, 2025, the undersigned asked counsel for Plaintiff if they would consent to this request should leave to amend be granted. As of the filing of this letter, Plaintiff's counsel has not yet responded.

                Respectfully submitted,

                */s/ Erica A. Wolff*
                Erica A. Wolff
                Michael Bass

cc:  All Counsel of Record via ECF

---

[1] The undersigned also represent Defendants Daddy's House Recording Studio, Bad Boy Entertainment LLC, Bad Boy Records LLC, Bad Boy Entertainment Holdings Inc., Bad Boy Productions Holdings Inc., Bad Boy Books Holdings Inc., 1169 Corp. f/k/a Sean Combs Music, Inc., Sean Combs Capital LLC; CE OpCo, LLC f/k/a Combs Enterprises LLC, who are named as Defendants in the operative Amended Complaint, but who have since been dismissed from this action. *See* ECF No. 164.