# SHER TREMONTE LLP

August 19, 2025

**BY ECF**
The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re:   *Richard v. Combs et al.*, 24-cv-06848

Dear Judge Failla:

We write on behalf of Defendant Sean Combs, Janice Combs Publishing LLC, Janice Combs Publishing Holdings Inc., and Love Records, Inc. (together, the "Combs Defendants") with the consent of all parties, pursuant to Rule 2C(i) of the Court's Individual Rules of Practice, to respectfully request a minor adjustment of the briefing schedule for Defendants' forthcoming motion to dismiss the Second Amended Complaint (ECF No. 162) in light of the fact that the current deadline to file the opening brief falls on Yom Kippur.

Pursuant to the Court's order dated August 18, 2025 (ECF No. 168), the deadline for Defendants' Consolidated Motion to Dismiss the Second Amended Complaint is October 2, 2025, with Plaintiff's opposition brief due October 30, 2025 and Defendants' reply brief due November 13, 2025. In light of the Yom Kippur holiday which falls on October 2, 2025, we respectfully request the following with Plaintiff's and co-Defendant Harve Pierre's consent: (1) the deadline for Defendants' Motion to Dismiss the Second Amended Complaint be extended from October 2, 2025 to **October 8, 2025**; (2) the deadline for Plaintiff's opposition to Defendants' Motion to Dismiss be extended from October 30, 2025 to **November 5, 2025**; and, (3) the deadline for Defendants' reply in support of their Motion to Dismiss be extended from November 13, 2025 to **November 19, 2025**.

No prior request for this relief has been made.

Respectfully submitted,

*/s/ Erica A. Wolff*

Erica A. Wolff

Application GRANTED.  The briefing deadlines are revised as follows:

-Defendants' consolidated motion to dismiss shall be filed on or before **October 8, 2025;**

-Plaintiff's opposition shall be filed on or before **November 5, 2025;** and

-Defendants' reply shall be filed on or before **November 19, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 169.

Dated:     August 20, 2025              SO ORDERED.
           New York, New York

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE