**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DAWN ANGELIQUE RICHARD,

                              Plaintiff,

        v.

SEAN COMBS, HARVE PIERRE, JANICE COMBS
PUBLISHING LLC, JANICE COMBS PUBLISHING
HOLDINGS INC., LOVE RECORDS INC., DOE
CORPORATIONS 1-10, AND DOE DEFENDANTS 11-
20,

                              Defendants.

Case No. 24-cv-06848 (KPF)

**NOTICE OF MOTION**

**Oral Argument Requested**

        **PLEASE TAKE NOTICE** that upon the accompanying memorandum of law,

Declaration of Erica A. Wolff, dated October 8, 2025, the exhibit annexed thereto, and upon all

proceedings had herein, Defendants Sean Combs, Harve Pierre, Janice Combs Publishing LLC,

Janice Combs Publishing Holdings Inc., and Love Records Inc. (collectively, the "Defendants")

will move this Court, in accordance with Fed. R. Civ. P. 12(b)(6), before the Hon. Katherine Polk

Failla, in Courtroom 618 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New

York, New York 10007, for an order dismissing all claims in the Second Amended Complaint

against the Defendants with prejudice.

Dated:  New York, New York
        October 8, 2025

SHER TREMONTE LLP                           LAW OFFICES OF SCOTT E. LEEMON PC

        */s/ Erica A. Wolff*                         */s/ Scott E. Leemon*
Erica A. Wolff                              Scott E. Leemon
Michael Tremonte                            41 Madison Avenue, 31st Floor
Michael Bass                                New York, NY 10010
90 Broad Street, 23rd Floor                 (212) 696-9111

New York, NY 10004
(212) 202-2600
mtremonte@shertremonte.com
ewolff@shertremonte.com
mbass@shertremonte.com

*Attorneys for Defendants Sean Combs, Janice Combs Publishing Holdings, Inc., Love Records, Inc., and Janice Combs Publishing LLC*

scott@leemonlaw.com

Jonathan Savella, Esq.
40 Exchange Place, Ste. 1800
New York, NY 10005
(646) 801-2184
jon@jonathansavella.com

*Attorneys for Defendant Harve Pierre*