# SHER TREMONTE LLP

November 19, 2025

**BY ECF**
The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re: *Richard v. Combs et al.*, 24-cv-06848 (KPF)

Dear Judge Failla:

    I write on behalf of Defendants, pursuant to Rule 4(E) of the Court's Individual Rules of Practice in Civil Cases, to respectfully request that the Court hold oral argument on Defendants' motion to dismiss the Second Amended Complaint. *See* ECF Nos. 173–175, 177.

                                        Respectfully submitted,

                                          */s/ Erica A. Wolff*

                                          Erica A. Wolff