**SHER TREMONTE** LLP

November 19, 2025

**BY ECF**
The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re:    *Richard v. Combs et al.*, 24-cv-06848 (KPF)

Dear Judge Failla:

    I write on behalf of Defendants, pursuant to Rule 4(E) of the Court's Individual Rules of Practice in Civil Cases, to respectfully request that the Court hold oral argument on Defendants' motion to dismiss the Second Amended Complaint. *See* ECF Nos. 173–175, 177.

                            Respectfully submitted,

                              */s/ Erica A. Wolff*

                              Erica A. Wolff

```
The Court is in receipt of Defendants' request for oral
argument concerning their Motion to Dismiss the Second Amended
Complaint.  (See Dkt. #178).  If the Court determines that oral
argument would be useful, it will promptly reach out to the
parties.

The Clerk of Court is directed to terminate the pending motion
at docket entry 178.

Dated:      November 21, 2025        SO ORDERED.
            New York, New York
```

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

90 Broad Street | 23rd Floor | New York, NY 10004
www.shertremonte.com | tel. 212.202.2600 | fax. 212.202.4156