**SHER TREMONTE LLP**

December 30, 2025

**BY ECF**
The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Richard v. Combs et al.*, 24-cv-06848 (KPF)

Dear Judge Failla,

      We represent defendants Sean Combs, Janice Combs Publishing LLC, Janice Combs Publishing Holdings Inc., and Love Records Inc (together, the "Combs Defendants") in the above-captioned matter. We write to respectfully bring to the Court's attention as supplemental authority in support of the Defendants' pending Motion to Dismiss, the New York State Appellate Division, Second Department's December 3, 2025 decision in *J.K. v. Viscardi Center, Inc. et al.*, No. 2024-05593, 2025 WL 3466782 (2d Dep't Dec. 3, 2025). The court in *J.K.* affirmed the trial court's dismissal of the plaintiff's Gender-Motivated Violence Protection Act claim, finding that the plaintiff failed to allege a "crime of violence," as required under the statute, where the conduct alleged did not present a "serious risk of physical injury" to the plaintiff. *See J.K.*, 2025 WL 3466782, at *2. A copy of the decision in *J.K.* is enclosed here as Exhibit A.

      Respectfully submitted,

      Erica A. Wolff