# SHER TREMONTE LLP

January 21, 2026

**BY ECF**
The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *Richard v. Combs et al.,* **24-cv-06848 (KPF)**

Dear Judge Failla,

We represent defendants Sean Combs, Janice Combs Publishing LLC, Janice Combs Publishing Holdings Inc., and Love Records Inc (together, the "Combs Defendants") in the above-captioned matter. We write to respectfully bring to the Court's attention as supplemental authority in support of the Defendants' pending Motion to Dismiss (ECF Nos. 173 – 175, 177), Judge Preska's January 5, 2026 decision in *Steve Otis v. Sean Combs et al.*, No. 25-CV-1652 (LAP), 2026 WL 42492 (S.D.N.Y. Jan. 5, 2026), which granted Mr. Combs' motion to dismiss.

The court in *Otis* dismissed with prejudice the plaintiff's federal causes of action as time-barred, holding claims arising from alleged events in 2012 were not saved by principles of equitable tolling. Judge Preska also dismissed the plaintiff's pendant state and local law causes of action without prejudice for lack of subject matter jurisdiction.

A copy of the motion to dismiss decision in *Otis* is enclosed here as Exhibit A.

Respectfully submitted,

Erica A. Wolff.