# SHER TREMONTE LLP

April 10, 2026

**BY ECF**

The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> **Re:**   *Richard v. Combs, et al.*, **Case No. 24-cv-06848 (KPF)**

Dear Judge Failla,

We represent defendants Sean Combs, Janice Combs Publishing LLC, Janice Combs Publishing Holdings Inc., and Love Records Inc (together, the "Combs Defendants") in the above-captioned matter and write to provide notice of supplemental authority on a legal question relevant to the Combs Defendants' pending Motion to Dismiss (ECF Nos. 173-75, 177).

On March 30, 2026, in a case which, like the instant case, involved a claim under New York City Victims of Gender-Motivated Violence Protection Law against Mr. Combs, Judge Cronan dismissed the plaintiff's VGMVPL claim. In doing so, Judge Cronan rejected the categorical construction of the VGMVPL's animus clause in *Breest v. Haggis*, 115 N.Y.S.3d 322, and held that a plaintiff must plead extrinsic evidence of gender animus. *See Withers v. Combs, et al.*, No. 24-CV-8852 (JPC), 2026 WL 866837, at *4-8 (S.D.N.Y. Mar. 30, 2026). A copy of Judge Cronan's decision in *Withers* is attached hereto as Exhibit A.

Respectfully submitted,

*/s/ Erica A. Wolff*
Erica A. Wolff.