**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
 DAWN ANGELIQUE RICHARD,

                                        Plaintiff,

        -against-                                              24 **CIVIL** 6848 (KPF)

                                                              **JUDGMENT**

SEAN COMBS, HARVE PIERRE, JANICE
COMBS PUBLISHING LLC, JANICE COMBS
PUBLISHING HOLDINGS INC., LOVE
RECORDS INC., DOE CORPORATIONS 1-10,
and DOE DEFENDANTS 11-20,

                                        Defendants.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated June 15, 2026, the Court's resolution of the instant

motion exists independently of its disapprobation of the factual allegations, which, if true, are

execrable. The Court is, of course, compelled to follow the law. For the foregoing reasons,

Defendants' motion to dismiss is GRANTED. The Court has dismissed Count One without

prejudice, and Counts Two through Eighteen with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

        June 15, 2026

                                                        **TAMMI M. HELLWIG**
                                                _____
                                                        **Clerk of Court**

                                BY:                     K. mango
                                                _____
                                                        **Deputy Clerk**